## IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY J. PISANI; AND GENNEL A. PISANI, INDIVIDUALLY AND AS TRUSTEES OF THE PISANI FAMILY TRUST,

Appellants,

vs.

GERALD L. WALLACE, JR.; AND ELIZABETH O. WALLACE, INDIVIDUALLY, AND AS HUSBAND AND WIFE,

Respondents.

No. 74884

**FILED**

OCT 23 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation and amended stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Thomas W. Gregory, District Judge
Jill J. Greiner, Settlement Judge
Richard L. Elmore, Chtd.
Gerrard Cox & Larsen
Alling & Jillson, Ltd.
Robert P. Ottilie, Esq.
Douglas County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-41638